

New York, NY 10175

Caitlyn Collins, Esq.

October 29, 2025

Hon. Kenneth M. Karas
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:     United States v. Theodore Sealy, 24-cr-00490-KMK**

Dear Judge Karas:

We represent Mr. Theodore Sealy on the above-captioned matter. On October 22, 2025, we filed a motion for early termination of post-release supervision on Mr. Sealy's behalf.

We are writing to inform the Court as to the Government's position, as we were unable to include it at the time of filing of in our motion. On October 27, 2025, we received an email from Assistant U.S. Attorney Jeffrey Coffman, informing us that the Government does not oppose our motion. *See Exhibit A.*

We, therefore, respectfully request that this Honorable Court grant Mr. Sealy's unopposed motion for early termination of post-release supervision.

Thank you for your time and consideration of this request.

Granted.

Respectfully Submitted,

So Ordered
10/29/25

s/ Elena Fast         /s/Caitlyn Collins
Elena Fast, Esq.      Caitlyn Collins, Esq.

*Counsel for Theodore Sealy*

cc: All counsel of record via ECF